THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| JOHN CLARKE, an individual, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>C.R. ENGLAND, INC., a Utah Corporation,<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:20-cv-00221-DN<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED AND ADJUDGED THAT Plaintiff's action is DISMISSED without prejudice.

Signed November 09, 2021.

BY THE COURT:

_____
David Nuffer
United States District Judge